January 03, 2006
Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SFX GROUP, INC.,

    Plaintiff

vs.                                      Civil Action No. 05-997

BRIAN MOZZONI, individually          Chief Judge Donetta W. Ambrose/
and trading and doing business as      Magistrate Judge Lisa Pupo Lenihan
SUPERBOWL OPTION.COM,

    Defendant

### ORDER OF COURT

And now this 5th day of Jan., 2006, Plaintiff having filed a Notice of Voluntary Dismissal, the Clerk is directed to mark this action dismissed.

BY THE COURT:

*Donetta W. Ambrose*